UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAKE LOVE CO. and Q-MARK MANUFACTURING, INC., | Civil No. 22-CV-01301-PJS-ECW |
| Plaintiffs, | |
| v. | |
| AMERIPRIDE SERVICES LLC, | |
| Defendant. | |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Cake Love Co. and Q-Mark Manufacturing, Inc. (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, through their attorneys, with the consent of Defendant AmeriPride Services LLC ("Defendant"), through its attorneys, move the Court for:

1. Certification of the proposed Settlement Class for settlement purposes;

2. Preliminary Approval of the Parties' proposed class action Settlement;

3. Approval of Notice to the putative Settlement Class; and

4. A hearing date for the Final Fairness Hearing to consider final approval of the Parties' Class Action Settlement Agreement and Release.

This Motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and any other evidence and arguments presented in the briefings and at any hearing on this Motion to be set by the Court.

Dated: July 19, 2024 By: */s/ Melissa S. Weiner*
Melissa S. Weiner (MN Bar No. 0387900)
Ryan T. Gott (MN Bar No. 0397978)
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pwfirm.com
rgott@pwfirm.com

D. Greg Blankinship
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
gblankinship@fbfglaw.com

Mark Potashnick (Pro Hac Vice)
**WEINHAUS & POTASHNICK**
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
Telephone: (314) 997-9150, Ext. 2
markp@wp-attorneys.com

*Attorneys for Plaintiffs*