UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAKE LOVE CO. and Q-MARK MANUFACTURING, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERIPRIDE SERVICES, LLC,<br><br>    Defendant. | Civil No. 22-CV-01301-PJS-ECW |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE**
**CLASS ACTION SETTLEMENT**

Please take notice that Plaintiffs Cake Love Co. and Q-Mark Manufacturing, Inc. (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move the Court for an order granting final approval of the class action Settlement Agreement with Defendant AmeriPride Services, LLC ("Defendant"). This motion is based on the concurrently filed memorandum and supporting declarations, and all other evidence and arguments presented in the briefing and at the hearing on this motion.

Dated: January 30, 2025         By: */s/ Melissa S. Weiner*
                                Melissa S. Weiner (MN Bar No. 0387900)
                                Ryan T. Gott (MN Bar No. 0397978)
                                **PEARSON WARSHAW, LLP**
                                328 Barry Avenue S., Suite 200
                                Wayzata, MN 55391
                                Telephone: (612) 389-0600
                                Facsimile: (612) 389-0610
                                mweiner@pwfirm.com
                                rgott@pwfirm.com

                                D. Greg Blankinship
                                **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
                                One North Broadway, Suite 900
                                White Plains, New York 10601
                                Telephone:  (914) 298-3281
                                gblankinship@fbfglaw.com

                                Mark Potashnick (*Pro Hac Vice*)
                                **WEINHAUS & POTASHNICK**
                                11500 Olive Blvd., Suite 133
                                St. Louis, MO 63141
                                Telephone: (314) 997-9150, Ext. 2
                                markp@wp-attorneys.com

                                *Attorneys for Plaintiffs*